IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>KEITH ALAN HAMILTON,<br><br>Debtor. | Case No. 10-02457-lmj13<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

COMES NOW, Kara M. Sinnard, of the law firm of Whitfield and Eddy, P.L.C., 317 Sixth Avenue, Suite 1200, Des Moines, Iowa 50309-4195, and pursuant to Federal Rule of Bankruptcy Procedure 9010(b), files an Appearance on behalf of Northwest Bank in the above-captioned case.

The undersigned affirmatively states that Northwest Bank is a party of interest in this case. Pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the undersigned on behalf of Northwest Bank hereby requests that all notices given or required to be given in this case and all paper served or required to be served in this case be given to and served upon the undersigned electronically to the undersigned as set forth below.

Please take further notice that the foregoing request includes the notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or request and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

                                        WHITFIELD & EDDY, P.L.C.
                                        317 Sixth Avenue, Suite 1200
                                        Des Moines, Iowa 50309-4195
                                        Telephone: (515) 288-6041
                                        Facsimile: (515) 246-1474
                                        sinnard@whitfieldlaw.com

                                        By: _/s/ Kara M. Sinnard_____
                                              Kara M. Sinnard      IS9999219

                                        ATTORNEY FOR NORTHWEST BANK

Original filed with Court.
Copies to:

Jerrold Wanek
835 Insurance Exchange Bldg.
505 Fifth Avenue
Des Moines, Iowa 50309
ATTORNEY FOR DEBTOR

Albert C. Warford
505 5th Avenue, Suite 520
Des Moines, Iowa 50309
TRUSTEE

US TRUSTEE
Federal Bldg, Room 793
210 Walnut Street
Des Moines, Iowa 50309

## CERTIFICATE OF SERVICE

The foregoing instrument was served upon all parties listed herein either by electronic mail as shown by the Notice of Electronic Filing through CM/ECF system or be depositing a copy thereof to each of the parties not served via electronic mail in US Mail, postage prepaid, an envelope addressed to each of the parties at their respective addresses on May 14, 2010. The undersigned declares on penalty of perjury that the foregoing is true and correct.

_/s/ Kara M. Sinnard_____
Kara M. Sinnard