38193

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

IN RE:                                        :
                                              :    BANKRUPTCY NO. 10-02457
KEITH ALAN HAMILTON;                          :
                                              :    OBJECTION TO CHAPTER
                                              :         13 PLAN
                                              :
                    Debtor.:

    COMES NOW, Flagstar Bank, FSB, secured creditor of the above named Debtor and objects to the Chapter 13 Plan filed May 27, 2010, on the following grounds:

    1.  That the Plan does not comply with the provisions of Chapter 11 of Title U.S.C. and with other applicable provisions of said Title 11 in that the Plan does not have an amount set forth for arrearages. The arrearage due to Secured Creditor at the time the case was filed was $50,518.14.

    2.  That the Plan, as a result of the continued delinquency, does not adequately set forth how the debtors will proceed to reinstate the loan.

    WHEREFORE, Flagstar Bank, FSB, objects to the Debtor's Chapter 13 Plan.

    /S/Theodore R. Boecker
    Theodore R. Boecker
    PETOSA, PETOSA & BOECKER, L.L.P.
    1350 NW 138th Street, Suite 100
    Clive, Iowa 50325-8308
    Telephone:  (515) 222-9400
    Facsimile:  (515) 222-9121
    IS#9998992

    Attorney for FLAGSTAR BANK, FSB

38193

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Objection to Chapter 13 Plan was electronically mailed and/or mailed by United States mail, postage prepaid this 25th day of June, 2010 to the persons listed below.

/S/Patricia S. Campbell
Patricia S. Campbell

COPIES TO:

United States Trustee
Federal Bldg., Room 793
210 Walnut Street
Des Moines, IA 50309

Albert C. Warford, Trustee
505 5th Avenue, Suite 520
Des Moines, IA 50309

Jerrold Wanek, Attorney
835 Insurance Exchange Bldg.
505 Fifth Avenue
Des Moines, IA 50309