# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

---

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO. 10-2457-lmj13 |
| KEITH ALAN HAMILTON, | : | CHAPTER 13 |
| | : | TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN |
| DEBTOR. | : | |

---

COMES NOW the Chapter 13 Trustee, by and through his attorney, and for his Objection to Debtor's Chapter 13 Plan states the following to the Court:

1. On May 27, 2010, the Debtor filed his Chapter 13 Plan. His Plan requires monthly payments to the Trustee in the sum of $1,900 for a term of 60 months. The Plan addresses only secured and priority tax liability to the IRS, Iowa Department of Revenue and Iowa Workforce Development. After payment of said claims, the Debtor estimates that unsecured creditors will be paid approximately 19 cents on the dollar.

2. The Debtor's scheduled priority and general unsecured obligations exceed $200,000. The Debtor has also identified certain obligations as secured obligations, namely to Flagstar Bank, Omaha Hardware and Lumber, Northwest Bank and Veridian Credit Union. The Debtor's Plan makes no provision for these secured obligations, except to indicate that they may be voidable. Pending consideration of whether said obligations are actually secured or should be considered unsecured for purposes of this proceeding, the Trustee cannot determine that the Debtor's unsecured obligations are within the limits for relief for a Debtor under Chapter 13. Pending further consideration of these issues, the Trustee will consider the filing of a Motion t o Dismiss this case.

3. Northwest Bank and Flagstar Bank have asserted objections to confirmation. Pending consideration of said objections, the Trustee cannot recommend confirmation.

4. Through this date, the Debtor has failed to supply the Trustee with year 2009 state and federal tax returns for himself indvidually and for his business, Hamilton Floor Coverings. Pending receipt and review of

tax returns for year 2009, the Trustee cannot recommend confirmation.

WHEREFORE, the Chapter 13 Trustee respectfully objects to the Debtor's Chapter 13 Plan and requests that confirmation be denied and for such other and further relief as is just and equitable in the premises.

Respectfully submitted,

/s/ Albert C. Warford
Albert C. Warford #xxx-xx-6492
Chapter 13 Trustee


/s/ Elizabeth E. Goodman
Elizabeth E. Goodman #IS9999100
Attorney for Ch. 13 Trustee
505 5th Avenue, Suite 520
Des Moines, IA  50309
(515) 283-2713


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN was served upon the following parties at the addresses shown below by enclosing the same in an envelope addressed to each such person, with postage full paid and by depositing said envelope in the United States Post Office depository in Des Moines, Iowa, on the     8th       day of July, 2010.


/s/ Traci Riedel

Keith Alan Hamilton
6923 NE Berwick Drive
Ankeny, IA  50021

Notice will be electronically mailed by the Clerk of Court to:

Jerrold Wanek @ wanek@dwx.com, judyg@dwx.com

John Waters @ idrfbankruptcy@idrf.state.ia.us

Kara M. Sinnard @ sinnard@whitfieldlaw.com

Office of U.S. Trustee @ USTPRegion12.DM.ECF@usdoj.gov