IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 10-02457 |
| KEITH ALAN HAMILTON, ) | |
| ) | Chapter 13 |
| Debtor. ) | |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The Iowa Department of Revenue (IDR) states as follows for its Objection to Confirmation of Chapter 13 Plan:

1. The Debtor has not filed a 2009 Iowa income tax return.

2. Bankruptcy Code § 1308(a) requires Chapter 13 debtors to file all income tax returns for periods ending within four years prior to the bankruptcy.

3. Bankruptcy Code § 1325(a)(9) provides that a plan may not be confirmed unless the debtor has filed all returns required by § 1308(a).

WHEREFORE, the IDR requests that the Court deny confirmation of the Plan until the Debtor files his 2009 return.

        IOWA DEPARTMENT OF REVENUE

        By:    /S/ John Waters – Tuesday, July 13, 2010
               JOHN WATERS
               Attorney At Law
               Iowa Department of Revenue
               Collections Section
               P.O. Box 10457
               Des Moines, Iowa 50306
               (515) 281-6427
               Fax: (515) 281-0763

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above document was served on the persons listed below on the 13th day of July, 2010.

/S/ John Waters – Tuesday, July 13, 2010
JOHN WATERS

Copy To:

Office of the U.S. Trustee
Room 793, Federal Bldg.
210 Walnut Street
Des Moines, IA  50309

Albert C. Warford, Trustee
505-5th Ave
Suite 520
Des Moines, IA  50309

Jerrold Wanek
835 Insurance Exchange Bldg.
505 Fifth Avenue
Des Moines, IA  50309