UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| IN RE: | : | |
| --- | --- | --- |
| KEITH ALAN HAMILTON, | : | CASE NO: 10-02457-lmj13 |
| | : | |
| Debtor, | : | |

OBJECTION TO PROOF OF CLAIM
(FLAGSTAR BANK CLAIM NO. 3)

COMES NOW, the Debtor, Keith Alan Hamilton, and objects to the Proof Claim of Claim of Flagstar Bank, Claim Number 3, in these proceedings as follows:

1. On May 12, 2010, the Debtor, Keith Hamilton filed a Petition Pursuant to Chapter 13 of Title 11 of the United States Code. Relief was ordered on that same date.

2. This is an objection to Proof of Claim. The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334. It is a core proceeding as that term is defined in 28 U.S.C. §157.

3. On June 24., 2010, Flagstar Bank filed a written Proof of Claim which is docketed in the Claims Register as Claim Number 3.

4. The total amount of the claim is $319,812.84. A true and correct copy of the claim is attached hereto as Exhibit A. The claim should be unsecured and not secured.

WHEREFORE, the Debtor prays that the Court issue an Order allowing Claim Number 3 as an unsecured claim and denying that Claim Number 3, is a secured claim and for such other and further relief as is just and equitable.

GARTEN & WANEK

BY    /s/ Jerrold Wanek
Jerrold Wanek #IS9998937
505 – 5th Ave, Suite 835
Des Moines, IA  50309-2317
Telephone:  (515) 243-1249
Facsimile:     (515) 244-4471

# Certificate of Service

*The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following parties and attorneys at the addresses shown below, and disclosed by the pleadings of record herein, by electronic mail and/or enclosing same in an envelope addressed to each such person, with postage fully paid, and by depositing said envelope in the United States Post Office depository in Des Moines, Iowa, on the 13th day of August, 2010.*

/s/ Jerrold Wanek
Jerrold Wanek IS9998937

U.S. Trustee
Federal Office Building
210 Walnut, Suite 793
Des Moines, IA 50309

Al Warford
Chapter 13 Office
505-5th Ave, Suite 520
Des Moines, IA 50309

Elizabeth Goodman
Chapter 13 Office
505-5th Ave, Suite 520
Des Moines, IA 50309

Kara M. Sinnard
Whitfield & Eddy
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309

John Waters
Iowa Department of Revenue & Finance
Collections Section
3rd Floor
P.O. Box 10457
Des Moines, Iowa 50306

Theodore Boecker
Petosa, Petosa, & Boecker, LLP
1350 NW 138th Street, Suite 100
Clive, IA 50325-8308

B Form 10 (04/10)

| UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF IOWA | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Keith Alan Hamilton | Case Number: 10-02457 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Flagstar Bank, FSB | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: Petosa, Petosa & Boecker, LLP  1350 NW 138th Street, Suite 100  Clive, IA 50325 | Court Claim Number: _____ (*If known*) |
| Telephone number: (515) 222-9400 | Filed on: _____ |
| Name and address where payment should be sent (if different from above): Flagstar Bank  5151 Corporate Drive  Troy, MI 48098  Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**    $ 319,821.84

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Mortgage Note
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 5962

   **3a. Debtor may be scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:** 6923 Northeast Berwick Drive, Ankeny, Iowa 50021

**Value of Property:** $ 256,300.00   **Annual Interest Rate** 5.625 %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $ 50,518.14      **Basis for perfection:** Mortgage Note

**Amount of Secured Claim:** $ 319,821.84    **Amount Unsecured:** $ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 06/24/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

/S/Theodore R. Boecker

*Penalty for presenting fraudulent claim:* ... for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



EXHIBIT A