UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| IN RE: | : | |
| KEITH ALAN HAMILTON, | : | CASE NO: 10-02457-lmj13 |
| | : | |
| Debtor, | : | |

OBJECTION TO PROOF OF CLAIM
(IOWA DEPARTMENT OF REVENUE – CLAIM NO. 4)

COMES NOW, the Debtor, Keith Alan Hamilton, and objects to the Proof of Claim of the Iowa Department of Revenue, Claim Number 4, in these proceedings as follows:

1. On May 12, 2010, the Debtor, Keith Hamilton filed a Petition Pursuant to Chapter 13 of Title 11 of the United States Code. Relief was ordered on that same date.

2. This is an objection to Proof of Claim. The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §1334. It is a core proceeding as that term is defined in 28 U.S.C. §157.

3. On July 8, 2010, the Iowa Department of Revenue filed a written Proof of Claim which is docketed in the Claims Register as Claim Number 4. The total amount of the claim is $37,319.56. A true and correct copy of the claim is attached hereto as Exhibit A.

4. The Proof of Claim is entirely predicated upon the assumption that the Debtor owes sales tax to the Department of Revenue.

5. The Debtor takes issue with this fact and asserts that he has no obligation for sales tax for the periods in 2002, 2003, 2004, 2006 and 2007 as alleged by the Department. The Debtor contends that no claim is due and owing.

6. The dispute in this claim relates one (1) certain audit where the auditor misinterpreted Debtor's books and claims that four (4) insulation services, which are not taxable under the Iowa Code, were in fact four (4) insulation materials, which are. With proper classification, no sales tax obligations would be due and the interest and/or any penalty thereon would similarly be denied.

WHEREFORE, the Debtor prays that the Court issue an Order denying in full Claim Number 4, determining that no amount is due and owing by the Debtor to the Iowa Department of Revenue for sales tax.

GARTEN & WANEK

BY  /s/ Jerrold Wanek
Jerrold Wanek #IS9998937
505 – 5th Ave, Suite 835
Des Moines, IA 50309-2317
Telephone: (515) 243-1249
Facsimile:    (515) 244-4471

## Certificate of Service

*The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following parties and attorneys at the addresses shown below, and disclosed by the pleadings of record herein, by electronic mail and/or enclosing same in an envelope addressed to each such person, with postage fully paid, and by depositing said envelope in the United States Post Office depository in Des Moines, Iowa, on the 13th day of August, 2010.*

                                          /s/ Jerrold Wanek
                                     Jerrold Wanek IS9998937

U.S. Trustee
Federal Office Building
210 Walnut, Suite 793
Des Moines, IA 50309

Al Warford
Chapter 13 Office
505-5th Ave, Suite 520
Des Moines, IA 50309

Elizabeth Goodman
Chapter 13 Office
505-5th Ave, Suite 520
Des Moines, IA 50309

Kara M. Sinnard
Whitfield & Eddy
317 Sixth Avenue, Suite 1200
Des Moines, IA 50309

John Waters
Iowa Department of Revenue & Finance
Collections Section
3rd Floor
P.O. Box 10457
Des Moines, Iowa 50306

Theodore Boecker
Petosa, Petosa, & Boecker, LLP
1350 NW 138th Street, Suite 100
Clive, IA 50325-8308

## For the Department of Revenue
## Itemized Statement

For the   Southern   District of   Iowa

In Re:   Hamilton, Keith A rp Hamilton Floor Covering

| | | | |
|---|---|---|---|
| Employer ID Number: | 90-0193461 | Case Number: | 10-02457 |
| Social Security Number | xxx-xx-5006 | Petition Date: | 05/12/10 |
| Permit Number: | 1-77-068258 | Chapter: | 13 |
| Account Number: | xxxxx2298 | | |

The debtor is indebted for taxes due pursuant to the revenue laws of the State of Iowa as follows:

### A. SECURED CLAIMS (Secured by a tax lien, or security interest as noted below) *

| KIND OF TAX | PERIOD | TAX | PENALTY | INTEREST | FEES | TOTAL | DATE NOTICE OF LIEN FILED |
|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | Secured Total |

### B. PRIORITY UNSECURED CLAIMS

| KIND OF TAX | PERIOD | TAX | PENALTY | INTEREST | FEES | TOTAL | DATE TAX ASSESSED |
|---|---|---|---|---|---|---|---|
| Sales | 09/30/02 | $2,807.82 | | | | $2,807.82 | n/a |
| Sales | 12/31/02 | $180.00 | | $101.88 | | $281.88 | n/a |
| Sales | 03/31/03 | $1,127.63 | | $617.95 | | $1,745.58 | n/a |
| Sales | 06/30/03 | $1,771.62 | | $938.96 | | $2,710.58 | n/a |
| Sales | 09/30/03 | $710.48 | | $363.77 | | $1,074.25 | n/a |
| Sales | 12/31/03 | $1,361.62 | | $674.00 | | $2,035.62 | n/a |
| Sales | 03/31/04 | $565.88 | | $271.62 | | $837.50 | n/a |
| Sales | 06/30/04 | $546.70 | | $254.22 | | $800.92 | n/a |
| Sales | 09/30/04 | $3,052.66 | | $1,373.70 | | $4,426.36 | n/a |
| Sales | 12/31/04 | $1,364.99 | | $593.77 | | $1,958.76 | n/a |
| Sales | 12/31/06 | $12,525.00 | | $3,607.14 | | $16,132.14 | 02/11/2008 |
| Sales | 12/31/07 | $972.00 | | $186.46 | | $1,158.46 | 02/11/2008 |
| | | | | | | $35,969.86 | Priority Total |

### C. GENERAL UNSECURED CLAIMS

| KIND OF TAX | PERIOD | TAX | PENALTY | INTEREST | FEES | TOTAL | DATE TAX ASSESSED |
|---|---|---|---|---|---|---|---|
| Sales | 12/31/06 | | $1,252.50 | | | $1,252.50 | 02/11/2008 |
| Sales | 12/31/07 | | $97.20 | | | $97.20 | 02/11/2008 |
| | | | | | | $1,349.70 | Unsecured Total |
| | | | | | | $37,319.56 | GRAND TOTAL |

*To the extent that the security interest, or lien, described above is insufficient to satisfy the department's claim in full, the balance is a priority or a general unsecured claim.

Note: Liens on file


EXHIBIT