UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| IN RE: | : | |
|---|---|---|
| KEITH ALAN HAMILTON, | : | CASE NO: 10-02457-lmj13 |
| | : | |
| Debtor, | : | |

CONSENT ORDER
(OBJECTION TO PROOF OF CLAIM IOWA DEPARTMENT OF REVENUE – CLAIM NO. 4)

**Date entered on docket: December 13, 2010**

This matter is before the Court nf the filing of Proof Claim Number 4, by the Iowa Department of Revenue and the Objection to that Proof of Claim by the Debtor, Keith Alan Hamilton. In advance of a hearing on the matter, the Court is informed that the Parties have reached an agreement which is contained within the substance of this Order. The Court determines that the entry of this Order is fair, reasonable and in the best interest of the estate.

IT IS THEREFORE ORDER that the Iowa Department of Revenue will adjust the amount of due and owing to $5,000.00 effective on the date that this Chapter 13 Petition was filed, May 12, 2010, and that the entire $5,000.00 represents unpaid tax and is a priority claim. If the current bankruptcy case is dismissed, or otherwise closed without full payment of the Department's priority claim, the underlying tax liability shall accrue interest retroactively from May 12, 2010, at the applicable rate determined in accordance with Iowa Code §421.7.

IT IS FURTHER ORDERED that Objection to Proof of Claim by the Debtor is granted in part and denied in part such that the Proof of Claim is allowed as a priority proof of claim in the amount set forth above and otherwise disallowed in full.

IT IS FURTHER ORDERED that the parties agreement and this order apply only to the Debtor's Iowa sales tax obligations for the periods from July 1, 2002, through June 30, 2005, and from January 1, 2006 through December 31, 2007

/s/ Lee M. Jackwig
Bankruptcy Judge, Southern District of Iowa

Approved as to form and content

          KEITH ALAN HAMILTON

BY    */s/ Jerrold Wanek*
          Jerrold Wanek #IS9998937
          505 – 5th Ave, Suite 835
          Des Moines, IA 50309-2317
          Telephone: (515) 243-1249
          Facsimile:   (515) 244-4471
          Attorney for Plaintiff


          IOWA DEPARTMENT OF REVENUE & FINANCE

BY:   */s/ John Waters*
          John Waters
          Iowa Department of Revenue & Finance
          Collections Section
          3rd Floor
          P.O. Box 10457
          Des Moines, Iowa 50306

Parties receiving this Order from the Clerk of Court:
Electronic Filers in this Chapter Case